UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO LEE JOHNSON JONES,

                    Plaintiff,                    No. 08-CV-12405-DT

vs.                                         Hon. Gerald E. Rosen

PAROLE AGENT SHAFT SANDERS,

                    Defendant.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER AS MOOT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     February 10, 2009
PRESENT:   Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

This prisoner civil rights matter having come before the Court on the January 12,

2009 Report and Recommendation of United States Magistrate Judge Michael

Hluchaniuk, recommending that the Court deny Plaintiff's Motion for a Temporary

Restraining Order as moot; and no timely objections to the Report and Recommendation

having been filed; and the Court having reviewed and considered the Magistrate Judge's

R & R, Plaintiff's Motion and the Court's entire file of this matter and having concluded

that Plaintiff's Motion should be denied as recommended by the Magistrate Judge,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and

Recommendation of January 12, 2009 **[Dkt. # 19]** is adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Temporary Restraining

Order **[Dkt. # 3]** is DENIED as moot.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  February 10, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record
on February 10, 2009, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager