UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO LEE JOHNSON JONES,

                Plaintiff,              No. 08-CV-12405-DT

vs.                                     Hon. Gerald E. Rosen

PAROLE AGENT SHAFT SANDERS,

                Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT, IN ITS ENTIRETY

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on        July 22, 2009

                PRESENT:  Honorable Gerald E. Rosen
                                    Chief Judge, United States District Court

      This matter having come before the Court on the July 6, 2009 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk, recommending that the Court dismiss Plaintiff's complaint for failure to prosecute and deny Defendant Sanders' motion for summary judgment as moot; and no timely objections to the R&R having been filed; and the Court having reviewed and considered the Magistrate Judge's Report and Recommendations and the Court's entire file of this matter, and having concluded that, for the reasons stated by the Magistrate Judge, Plaintiff's Complaint should be dismissed, in its entirety, and being otherwise fully advised in the premises,

      NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 6, 2009 **[Dkt. # 26]** is adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's Complaint is hereby DISMISSED, in its entirety, without prejudice.

IT IS FURTHER ORDERED that Defendant's December 8 ,2008 Motion to Dismiss or for Summary Judgment **[Dkt. # 15]** is DENIED as MOOT.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  July 22, 2009

### CERTIFICATE OF SERVICE

I hereby certify that on      July 22, 2009      , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:       Charles C. Schettler, Jr.                      and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:    Lorenzo Lee Johnson Jones, 14747 Liberal, Detroit, MI 48205       .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(313) 234-5137